[Nos. 11758–4–II; 11759–2–II.   Division Two.   January 6, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL J.
MAGGARD, *Appellant.*

Appeals from judgments of the Superior Court for Lewis

County, Nos. 87–8–00222–5, 87–8–00196–2, Dale M. Nordquist, J., entered January 21 and 25, 1988. *Affirmed in part* and *reversed in part* by unpublished opinion per Petrich, A.C.J., concurred in by Reed and Worswick, JJ.